# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTH EMERSON-WEST, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 78-014-SLR |
| v. ) | |
| ) | |
| WALTER REDMAN, et al. ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Erika Y. Tross hereby enters her appearance in lieu of Deputy Attorney General Lawrence W. Lewis as counsel for State Defendants Alexander Spencer, Bryan Allaband, Wm. L. McKinney, Robert M. Shell, Donald C. Fox, Thomas E. Adams, Mark Redman, George M. Pippin, Charles R. Tucker, Samuel Wheeler, Thomas Donohue, James A. Williams, Frederick N. Van Sant, James Vaughn, Robert D. Brooks, Norman Yankowitt and Daniel Pierce.

| STATE OF DELAWARE | STATE OF DELAWARE |
|---|---|
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Lawrence W. Lewis | /s/ Erika Y. Tross |
| Lawrence W. Lewis | Erika Y. Tross |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| lawrence.lewis@state.de.us | erika.tross@state.de.us |

Date:  February 17, 2006

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on February 17, 2006, I electronically filed *Substitution of Counsel* with the Clerk of the Court using CM/ECF.   I hereby certify that on February 17, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Erika Y. Tross
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
erika.tross@state.de.us