# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

March 13, 2006

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *West, et al. v. Redman, et al.,*
              <u>D. Del., C.A. No. 78-14-SLR</u>

Dear Chief Judge Robinson:

        On February 14, 2006, the Defendants in the above-captioned matter filed the Defendants' Motion For Relief From Consent Decree (the "Motion for Relief") (D.I. 253). In the Motion for Relief the Defendants requested, pursuant to 18 U.S.C. § 3626(b), that the Court grant relief from the Consent Order entered into by the Parties and made an Order of this Court on October 4, 1982.

        As I am sure the Court is aware, section 3626(e)(1) requires that a court promptly rule on a motion to terminate prospective relief. Moreover, pursuant to § 3626(e)(2)(A)(i), "Any motion to … terminate prospective relief made under subsection (b) shall operate as a stay during the period beginning on the 30th day after such motion is filed … and ending on the date the court enters a final order ruling on the motion." Therefore, **an automatic stay will take effect in this case on March 16, 2006**, unless the Court enters a final order on the Motion for Relief prior to that date.

      I thank you for your time and attention to this matter and look forward to the Court's decision on the Motion for Relief.

      Sincerely,

      */s/ Erika Y. Tross*

      Erika Y. Tross
      Deputy Attorney General

cc:    Douglas A. Shachtman, Esq.
        Salih Muhammad Al-Shabazz
        Hassan Umar Sharif