IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTH EMERSON-WEST, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 78-14 SLR |
| v. ) | |
| ) | |
| WALTER REDMAN, et al. ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon the Defendants' Motion For Relief From Consent Decree (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Consent Decree ordered on October 4, 1982 is hereby **TERMINATED**.

3. The Parties are **RELIEVED** from the terms of the Consent Decree and the Correction Code of Penal Discipline.

SO ORDERED this _16th_ day of _March_, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge