US POSTAGE
$00.630
02/09/2006
Mailed From 19801
neopost

RETURN TO SENDER

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

Mailroom Officer
Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
INMATE UNKNOWN
INMATE RELEASED
INMATE REFUSED
CORRESPONDENCE UNAUTHORIZED
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

RETURN TO SENDER
___ INMATE UNKNOWN   ___ NO INMATE BY THIS SPELLING
___ INMATE RELEASED   ___ ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE REFUSED

COMPLETED
MAR 20 2006

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO: MAILROOM PERSONNEL RESPONSIBLE FOR DELIVERING MAIL TO INMATES

Enclosed you will find an envelope addressed to an inmate. When the envelope is delivered to the inmate, please have the inmate fill in the date at the place provided on the acknowledgment form directly below these instructions, and have the inmate sign their name to acknowledge that they received the correspondence. The person delivering the mail should then sign on the line designated for "Witness." If an inmate should contend they never received a communication from the Court, production or non-production of the receipt will be considered by the Court in disposing of the inmate's contention. *For this reason, mailroom personnel are cautioned to organize, file and save the receipts so that the same can be readily found if the issue should arise.* The operating head of each institution is aware of this procedure. **PLEASE DO NOT SEND COMPLETED RECEIPTS TO THE DISTRICT COURT.**

------------------------------------------------------------

### ACKNOWLEDGMENT OF RECEIPT OF MAIL

I, _____, do acknowledge by my signature below, that I received on _____, an envelope from the U.S. District Court for Delaware, containing:

_____

_____

issued by the Court on _____

_____                    _____
     (Witness)                                (Recipient)

## Utility Events
1:78-cv-00014-SLR North Emerson West, et al v. Spencer

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/16/2006 at 11:58 AM EST and filed on 3/16/2006
**Case Name:** North Emerson West, et al v. Spencer
**Case Number:** 1:78-cv-14
**Filer:**
**WARNING: CASE CLOSED on 03/16/2006**
**Document Number:**

**Docket Text:**
CASE CLOSED (rld, )

The following document(s) are associated with this transaction:

**1:78-cv-14 Notice will be electronically mailed to:**

Erika Yvonne Tross    Erika.Tross@state.de.us

**1:78-cv-14 Notice will be delivered by other means to:**

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH EMERSON-WEST, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 78-14 SLR |
| v. | ) | |
| | ) | |
| WALTER REDMAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon the Defendants' Motion For Relief From Consent Decree (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Consent Decree ordered on October 4, 1982 is hereby **TERMINATED**.

3. The Parties are **RELIEVED** from the terms of the Consent Decree and the Correction Code of Penal Discipline.

SO ORDERED this ___16th___ day of ___March___, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge

**Orders on Motions**
1:78-cv-00014-SLR North Emerson West, et al v. Spencer

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/16/2006 at 11:54 AM EST and filed on 3/16/2006

**Case Name:** North Emerson West, et al v. Spencer
**Case Number:** 1:78-cv-14
**Filer:**
**Document Number:** 257

**Docket Text:**
ORDER granting [253] Motion Consent Decree ordered on 10/4/1982 is hereby terminated . Signed by Judge Sue L. Robinson on 3/16/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/16/2006] [FileNumber=185169-0]
[7004cfb0dc80d112665c88d9f2c166fe6d37b4c3f6434eeb1ec82bb35ba17543ab36
bd4259affd2b34eaee49633966f4c187d7f78aeffe5848b037b08ca8338d]]

**1:78-cv-14 Notice will be electronically mailed to:**

Erika Yvonne Tross   Erika.Tross@state.de.us

**1:78-cv-14 Notice will be delivered by other means to:**

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977