Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RETURN FOR POSTAGE

NEED S.B.I NO. OR (AKA) NAME

FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH EMERSON-WEST, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 78-14 SLR |
| v. | ) | |
| | ) | |
| WALTER REDMAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon the Defendants' Motion For Relief From Consent Decree (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Consent Decree ordered on October 4, 1982 is hereby **TERMINATED**.

3. The Parties are **RELIEVED** from the terms of the Consent Decree and the Correction Code of Penal Discipline.

SO ORDERED this __16th__ day of __March__, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge

**Orders on Motions**
1:78-cv-00014-SLR North Emerson West, et al v. Spencer

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/16/2006 at 11:54 AM EST and filed on 3/16/2006
**Case Name:** North Emerson West, et al v. Spencer
**Case Number:** 1:78-cv-14
**Filer:**
**Document Number:** 257

**Docket Text:**
ORDER granting [253] Motion Consent Decree ordered on 10/4/1982 is hereby terminated . Signed by Judge Sue L. Robinson on 3/16/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/16/2006] [FileNumber=185169-0]
[7004cfb0dc80d112665c88d9f2c166fe6d37b4c3f6434eeb1ec82bb35ba17543ab36
bd4259affd2b34eaee49633966f4c187d7f78aeffe5848b037b08ca8338d]]

**1:78-cv-14 Notice will be electronically mailed to:**

Erika Yvonne Tross    Erika.Tross@state.de.us

**1:78-cv-14 Notice will be delivered by other means to:**

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Utility Events**
1:78-cv-00014-SLR North Emerson West, et al v. Spencer

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 3/16/2006 at 11:58 AM EST and filed on 3/16/2006
**Case Name:**      North Emerson West, et al v. Spencer
**Case Number:**    1:78-cv-14
**Filer:**
**WARNING: CASE CLOSED on 03/16/2006**
**Document Number:**

**Docket Text:**
CASE CLOSED (rld, )

The following document(s) are associated with this transaction:

**1:78-cv-14 Notice will be electronically mailed to:**

Erika Yvonne Tross    Erika.Tross@state.de.us

**1:78-cv-14 Notice will be delivered by other means to:**

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977