Salih Hall
SBI# 104141
DCC
1181 Paddock Road
Smyrna, De 19977
April 22, 2008

Dear Clerk,                                      78-14

Enclosed is your letter responding to my request for a copy of the Defendant's motion to be released from the settlement agreement in C.A. No. 78-14 (SLR).

Please advise me of number of pages of the requested document so I can calculate the cost of my request at $0.50 per page.

Thank you for your assistance.

Sincerely,

Salih Hall



FILED
APR 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 18, 2008

TO: Salih Hall
SBI# 104141
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: REQUEST FOR COPYWORK, C.A. NO. 78-14 (SLR)**

Dear Mr. Hall:

This is in response to your letter received on 4/10/08 requesting copywork.

Please be advised that the fee for copywork is fifty cents ($.50) per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment in the amount of $33.00 should be sent with your request, check or money order payable to Clerk, United States District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson

