IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTH EMERSON-WEST, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 78-14-SLR |
| | ) |
| WALTER REDMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 28th day of May, 2008, having considered the motion for relief from judgment filed by Rollin Lee Laub;

IT IS ORDERED that defendants shall file a response to the motion (D.I. 260) on or before **June 6, 2008**. Mr. Laub may file a reply on or before **June 20, 2008**.

_____
United States District Judge