# EXHIBIT A



| DIST/OFFICE | YR. | DOCKET NUMBER | MO. | DAY | YEAR | J | N/S | O | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0311/1 | 78 | 0014 | 01 | 12 | 78 | 3 | 550 | | | 1 | 76 #1606 | | | 78 |

**PLAINTIFFS**

NORTH EMERSON WEST

#81 D.R. HUBBARD
interv. pltf.

**DEFENDANTS**

1113

ALEXANDER SPENCER, BRYAN ALLABAND,
WM. L. McKINNEY, ROBERT M. SHELL,
DONALD C. FOX, THOMAS E. ADAMS,
WALTER W. REDMAN, MARK REDMAN,
GEORGE M. PIPPIN, CHARLES R. TUCKER,
SAMUEL WHEELER, THOMAS DONOHUE,
JAMES A. WILLIAMS, FREDERICK N. VAN SANT,
JAMES VAUGHN, ROBERT D. BROOKS,
NORMAN YANKOWITT, DANIEL PIERCE

REDMAN, individually and as
Superintendent of Delaware
Correctional Center.
~~GEORGE REDDISH~~, DANIEL PIERCE, NORMAN
YANKOWITT, ROBERT D. BROOKS

**CAUSE**

42 U.S.C. 1983 - State prisoner's civil rights
Cruel and inhuman treatment, inadequate medical treatment, etc.

**ATTORNEYS**

Salih Muhammad Al-Shabazz
a/k/a Cecil La'Roy Hall
DCC

Hassan Umar Sharif a/k/a
George L. Robinson
DCC

paper #4

Edward F. Kafader, Esq.
~~John L. Parkins, Esq.~~
~~John J. Polk, Esq.~~ paper 2
~~Robt. T. Aulgur, Jr., Esq.~~
#15 ~~Michael J. Goedrick, Esq.~~ (app. Sup.Ct)
~~for J.J. McIvena, MT and~~
~~George A. Reddish.~~
Robert Aulgur, Jr., Esq. - #167
#163 ~~Everett R. Priestley~~, Esq.(app.Sup.Ct)
Alex. Spencer, Wm. McKinney

STENO NOTES

AS of 3/2/90

RECORD TRANSFERRED TO FARC
BOX# 1 OF 3
ACC# 021 86 0049
LOC# 14302372

~~ED TO FARC~~
~~1 OF 115~~
~~ACC# 021 86 0047~~
~~LOC# 74100762~~

| | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| X CHECK HERE IF CASE WAS | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD JS-5 | DATE MAILED 8/20/80 |

| DIST/OFFICE | YR. | DOCKET NUMBER | MO. | DAY | YEAR | J | N/S | O |
|---|---|---|---|---|---|---|---|---|
| 0311/1 | 78 | 0014 | 01 | 12 | 78 | 3 | 550 | |

**PLAINTIFFS**

NORTH EMERSON WEST
#8 / D.R. HUBBARD
interv. pltf.

~~WALTER W. REDMAN~~
~~and two of his men~~
FREDERICK J. VAN SANT
LT. ALEXANDER SPENCER,
McKENNEY, SHELL, "ALABAMA",
FOX, ADAMS, "X" REDMAN, individually and as correctional officers at Delaware Correctional Center; GEORGE PIPPIN, individually and as Assistant Superintendent of Delaware Correctional Center; WALTER REDMAN, individually and as Superintendent of Delaware Correctional Center.
~~GEORGE REDDISH~~; DANIEL PIERCE, NORMAN YANKOWITT, ROBERT D. BROOKS

**CAUSE**

42 U.S.C. 1983 - State prisoner's civil rights
Cruel and inhuman treatment, inadequate medical treatment, etc.

**ATTORNEYS**

~~pro se~~

Douglas A. Shachtman Esq. paper #4
575-0640

Edward F. Kafader, Esq.
~~John A. Parkins Esq.~~
~~John L. Polk Esq. paper #~~
~~Robt. T. Aulgur, Jr., Esq.~~
~~Michael I. Goodrick, Esq. (app. Sup. Ct)~~
~~for L.J. Mulrena, III and~~
~~George A. Reddish.~~
Robert Aulgur, Jr., Esq. — #167
#163 ~~Everett F. Priestley,~~ Esq.(app.Sup.Ct)
Alex. Spencer, Wm. McKinney

STENO NOTES

RECORD TRANSFERRED TO FARC
BOX# 16, 17 OF 115
ACC# 021 86 0047
LOC# 74100762

RECORD TRANSFERRED TO FARC
BOX# 1 OF 3
ACC# 021 86 0049
LOC# 1430 2372

| CHECK HERE | DATE | FILING FEES PAID | | STATISTICAL CARDS |
|---|---|---|---|---|
| X | | RECEIPT NUMBER | C.D. NUMBER | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/12/78 | #1 | ORDER Stapleton J. granting leave for pltf. to proceed in forma pauperis; deft. to undertake administrative review; answer, affidav. sch. set. (Exit copy to Marshal for deft.; notice and copies to Atty.Gen. DE and pltf.) |
| | #2 | Complaint w/motion to proceed in forma pauperis and affidav. of poverty; motion attached re service and prelim. injnc. (Exit copies to Marshal for defts.; notice |

| Date | No. | Description |
|---|---|---|
| | | and copy to Atty. Gen. DE.) |
| | #3. | Notice of Assignment of J.(Stapleton). Notice to Pltf. |
| 1/17/78 | #4. | AMENDED COMPLAINT. |
| | #5. | Pltf's motion for a TRO. W/proposed order. |
| | #6. | Affidavit of Walter W. Redman. Ex.A. |
| | H. | Hearing Stapleton J re pltf's motion for a TRO, decision motion Denied Stapleton J. |
| 1/17/78 | #7. | MINUTE ORDER STAPLETON J denying pltf's motion for a TRO, granting pltf's application for a physical exam & ex-rays. (Notice & copies to counsel by Court). |
| 1/18/78 | #8. | Reporter Dibbs's steno notes of 1/17/78. |
| 1/18/78 | #9. | Praecipe for service. (Exit summons to Marshal). |
| 1/25/78 | #10 | Second amended COMPLAINT. |
| | #11 | Pltf's. notice and motion to shorten time to respond to rqst. for prod. Proposed order |
| | #12 | Pltf's. rqst. for prod. |
| | #13 | Pltf's. notice of depos. of Alexander Spencer, et al comm. 9:30 1/23/78. |
| | #14 | Pltf's. notice of depos. of Mr. Knapp, et al comm. 9:30 1/26/78. |
| | #15 | Pltf's. notice of depos. of Bert G. Dorman, et al comm. 9:30 1/30/78. |
| | #16 | Deft's. notice of depos. of pltf. 1/25/78. |
| 1/27/78 | #17 | Pltf's. amended motion to shorten time to respond to rqsts. for prod. |
| | #18 | Pltf's. suppl. rqsts. for prod. 29-34. |
| | #19 | Defts'. notice and motion to vacate, in part, order of 1/12/78 |
| 1/31/78 | C | Conf. Stapleton, J. |
| | #20 | Minute ORDER Stapleton J. granting defts'. motion to strike para. 3 & 6 of order 1/12/78; discovery sch. set.; hearing set 2/3/78 at 4 p.m. (copies to counsel by Court.) |
| 2/3/78 | #21. | Certain deft's responses to pltf's 1st & suppl. request for production. |
| 2/8/78 | #22 | Pltf's. notice and motion to compel prod. of docs. w/proposed order setting sch. |
| 2/10/78 | #23 | Stipln. w/proposed order re taking depositions. |
| 2/13/78 | | SO ORDERED Stapleton J. paper #23. (notice to counsel) |
| 2/14/78 | H | Hearing Stapleton J. re pltf's. motion to compel. CAC. |
| | #24 | Box containing tapes of depos. of Spencer, McKinney, Shell, Knapp, Smith, Srivastava. |
| 2/15/78 | #25 | Reprtr. Lodge's steno. notes 2/14/78.    /returned 12/28/82, D.I. 214. |
| 2/15/78 | #26 | ANSWER of defts. W.Redman, Pippin, Spencer, Allaband, McKinney, Fox, Shell and M. Redman to 2nd amended complaint and counterclaim. Jury trial demanded. |
| 2/16/78 | #27 | Summons w/8 Marshal"s returns exec. 1/26/78; unexec. Thomas Adams, & Thomas E. Adams |
| 2/27/78 | #28 | Depos. of George Dorman, et al on tape in sm. white box. returned 2/28/82,D.I.214. |
| 3/3/78 | 29 | Supplement to second amended complaint. |
| 3/3/78 | 30 | Pltfs motion for TRO |
| 3/3/78 | #31 | Pltf's. motion for leave to file suppl. complaint w/proposed order. |
| | H | Hearing Stapleton J. re T.R.O. GRANTED. |
| | #32 | Temporary Restraining ORDER Stapleton J. setting hearing 3/7/78 at 9:30 p.m; counsel for defts. to immed. telephonically commun. order to defts. Redman and Pippin and provide copy for each; pltf. to be transferred immed. from isolation to either A block or C block of maximum security, pltf. not to be returned to isolation prior to ruling of Court 3/7/78; defts. serve and file affidav. early 3/7/78. (counsel present.) |
| 3/8/78 | #33 | Reprtr. Lodge's steno. notes 3/3/78. |
| 3/16/78 | #34 | Pltf's. notice and motion for order to respond to rqst. for prod. w/proposed order. |
| | #35 | Pltf's. notice and motion for leave to file amended complaint. Proposed order. |
| | #36 | Third amended complaint. Class action allegations. Exhibits att. |
| 3/22/78 | H | Hearing Stapleton J. re motions to amend and compel. CAV. |
| | #37 | ORDER Stapleton J. re discovery; granting leave for pltf to file 3rd amended compl. (notice and copies to pltf. and counsel by Court.) |
| 3/23/78 | #38 | Reprtr. Dibbs' steno. notes 3/27/78. |
| 3/27/78n | #39 | Pltf's. praecipe for service 3rd amended complaint. (exit summons to Marshal.) |

| CIVIL DOCKET CONTINUATION SHEET | | |
|---|---|---|---|
| PLAINTIFF  NORTH E. WEST | DEFENDANT  LT. ALEX. SPENCER, et al | DOCKET NO. 78-14 | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/30/78 | #40 | Summons 3rd amended complaint w/Marshal's returns (6) exec. 3/28/78. |
| 3/31/78 | #41 | Suppl. response of deft. McKinney to pltf's. rqst. for prod. & suppl. rqst. for prod |
| " " | #42 | " " " " " " " " " "Allaband " " " " " |
| " " | #43 | " " " " " " " " " Redman " " " " " |
| " " | #44 | " " " " " " " " " Shell " " " " " |
| " " | #45 | " " " " " " " " " Spencer " " " " " |
| " " | #46 | " " " " " " " " " Pippin " " " " " |
| " " | #47 | " " " " " " " " " Fox " " " " " |
| " " | #48 | Suppl. response of deft. Redman to paper #43. |
| /6/78 | #49 | Stipln. and ORDER Berl D/Clk extending time for defts. to respond to pltfs'. rqst. for prod. #21 to 4/26/78. |
| 4/18/78 | #50 | Deft. Vaughn's notice and motion to dismiss w/affidav. of James T. Vaughn, ex.att |
| " " | #51 | Deft. Mulvena's notice and motion to dismiss |
| 4/19/78 | #52 | ANSWER of defts. Tucker, Wheeler, Williams and Donohue to 3rd-amended complaint & counterclaim. |
| " " | #53 | ANSWERS of defts. Allaband and Fox to 3rd amended complaint and counterclaim. |
| " " | #54 | ANSWER of defts. W. Redman and Pippin to 3rd amended complaint and counterclaim. |
| " " | #55 | ANSWER of defts. Spencer, McKinney, Shell and M.Redman to 3rd amended complaint and counterclaim. |
| /2/78 | #56 | Pltf's. 1st interrog. |
| " " | #57 | Pltf's. rqst. for admission. |
| /12/78 | #58 | Stipln. & ORDER. Anderson ChD/Clk extending time to 5:00 p.m. 8/15/78 for defts to respond to pltf's rqst. for admission and 1st interrog. signed 7/13/78. |
| 8/10/78 | #59 | Defts'. 1st interrog. |
| 8/14/78 | #60 | Stipln. and ORDER Berl D/Clk extending time for defts. to respond to rqst. for admiss. and 1st interrog. to 8/29/78. |
| /30/78 | #61 | Deft. Charles R. Tucker's response to pltf's rqst for admission. |
| " " | #62 | Deft. Donald C. Fox's response to pltf's rqst for admission. |
| " " | #63 | Deft. John J. Mulvena's response to pltf's rqst. for admission. |
| " " | #64 | Deft. Alexander Spencer's response to pltf's rqst. for admission. |
| " " | #65 | Deft. Bryan Allaband's response to pltf's rqst. for admission. |
| " " | #66 | Deft. George M. Pippin's response to pltf's rqst. for admission. |
| " " | #67 | Deft. Samuel Wheeler's response to pltf's rqst. for admission. |
| " " | #68 | Deft. James A. Williams' response to pltf's rqst. for admission. |
| " " | #69 | Deft. William J. McKinney's response to pltf's rqst. for admission. |
| " " | #70 | Deft. Robert M. Shell's response to pltf's rqst. for admission. |
| " " | #71 | Deft. Thomas Donohue's response to pltf's rqst. for admission. |
| " " | #72 | Deft. Mark Redman's response to pltf's rqst. for admission. |
| /31/78 | #73 | Deft Walter W. Redman's response to pltf's rqst for admission. |
| " " | #74 | Deft. James T. Vaughn's response to pltf's rqst. for admission. |
| /13/78 | #75 | Pltf's. notice and motion for leave to file amended and suppl. complaint w/pro.order |
| " " | #76 | 4th amended and suppl. complaint. |
| 0/16/78 | #77 | Stipln. and ORDER Berl D/Clk extending time for pltf. to respond to 1st interrog. to 11/13/78. |
| 0/23/78 | #78 | Box containing tapes of depos. of James A. Wheeler, et al. returned 12/28/82 D.I. |

| CIVIL DOCKET CONTINUATION SHEET | | |
|---|---|---|---|
| PLAINTIFF | DEFENDANT | DOCKET NO. ___ | PAGE ___ OF ___ PAGE |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/14/78 | #82 | Deft. Redman's answers to 1st interrog. |
| " " | #83 | " " Tucker's " " " " " " " |
| " " | #84 | " " Wheeler's answers to 1st interrog. |
| " " | #85 | " " Mulvena's " " " " " " " |
| " " | #86 | " " Vaughn's " " " " " " " |
| 11/14/78 | #87 | Pltf's. answer to interrog. |
| 11/20/78 | #88 | Deft. Spencer's answers to 1st interrog. |
| " " | #89 | Deft. McKinney's " " " " " " |
| " " | #90 | Deft. Mark Redman's " " " " " " |
| " " | #91 | Deft. Williams' " " " " " " |
| " " | #92 | Deft. Donohue's " " " " " " |
| " " | #93 | Deft. Allaband's " " " " " " |
| 11/22/78 | #94 | Summons and 4 Marshal's returns exec. 11/17/78. |
| " " | #95 | Stipln. to class certification. Proposed order. |
| 11/30/78 | #96 | Deft. Pippin's answers to 1st interrog. |
| " " | #97 | Deft. Shell's answers to 1st interrog. |
| 12/7/78 | #98 | Defts'. notice and motion to compel answer to interrog. |
| 12/12/78 | #99 | Pltf's. notice and motion for default jdgmnt. Proposed order. |
| 12/13/78 | #100 | Defts'. notice and motion to strike depos. |
| 12/27/78 | #101 | ANSWER and COUNTERCLAIM deft. Yankowitt 4th amended and suppl. complaint. |
| " " | #102 | ANSWER and COUNTERCLAIM defts. Brooks and Pierce " " " " " |
| " " | #103 | ANSWER and COUNTERCLAIM defts. Mulvena and Reddish " " " " " |

06/06 2008 15:12 FAX 302 573 6451    CLERK US DIST COURT                                    ☒007
06/06/2008   Case 1:78-cv-00146-SLR    Document 265-2    Filed 06/06/2008    Page 6 of 20   ☒006

FPI-MI-4-14-75-50M-3511

| CIVIL DOCKET CONTINUATION SHEET | | | |
|---|---|---|---|
| PLAINTIFF | DEFENDANT | | DOCKET NO. _____ |
| | | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/14/78 | #82 | Deft. Redman's answers to 1st interrog. |
| " | #83 | " " Tucker's " " " " " . |
| " | #84 | " " Wheeler's answers to 1st interrog. |
| " | #85 | " " "Mulvena's " " " " . |
| " | #86 | " " Vaughn's " " " " " . |
| 11/14/78 | #87 | Pltf's. answer to interrog. |
| 11/20/78 | #88 | Deft. Spencer's answers to 1st interrog. |
| " | #89 | Deft. McKinney's " " " " " . |
| " | #90 | Deft. Mark Redman's " " " " " . |
| " | #91 | Deft. Williams' " " " " " . |
| " | #92 | Deft. Donohue's " " " " " . |
| " | #93 | Deft. Allaband's " " " " " . |
| 11/22/78 | #94 | Summons and 4 Marshal's returns exec. 11/17/78. |
| " | #95 | Stipln. to class certification. Proposed order. |
| 11/30/78 | #96 | Deft. Pippin's answers to 1st interrog. |
| " | #97 | Deft. Shell's answers to 1st interrog. |
| 12/7/78 | #98 | Defts'. notice and motion to compel answer to interrog. |
| 12/12/78 | #99 | Pltf's. notice and motion for default jdgmnt. Proposed order. |
| 12/13/78 | #100 | Defts'. notice and motion to strike depos: |
| 12/27/78 | #101 | ANSWER and COUNTERCLAIM deft. Yankowitt 4th amended and suppl. complaint. |
| " | #102 | ANSWER and COUNTERCLAIM defts. Brooks and Pierce " " " " " . |
| " | #103 | ANSWER and COUNTERCLAIM defts. Mulvena and Reddish " " " " " . |
| 1/5/79 | #104 | Stipln. w/proposed order w/drawing motion for default jdgmnt and defts'. motion to strike depos. |
| " | #105 | Defts'. opening brief in support of motion to compel answer to interrog. |
| 1/8/79 | | SO ORDERED Stapleton J. paper #104. (notice to counsel.) |
| " | #106 | Stipltd. brief sch. w/proposed order. |
| 1/9/79 | | SO ORDERED Stapleton J. paper #106. (notice to counsel.) |
| 1/11/79 | #107 | Stipln. w/proposed order setting 2/8/79 as deadline to review, sign trans. SO ORDERED Stapleton J. (notice to counsel.) |
| 1/16/79 | #108 | Depos. of Officer Michael Woomer. |
| " | #109 | " " " Capt. Thos. Gulledge. |
| " | #110 | " " " Donald Dixon. |
| 1/22/79 | #111 | Depos. of Dr. Krishna Srivastava. |
| " | #112 | " " " Mark Redman. |
| 1/24/79 | #113 | Stipln. w/proposed order re review and signing transcripts of depos. |
| 1/25/79 | | SO ORDERED Stapleton J. paper #113. (notice to counsel.) |
| 1/25/79 | #114 | Depos. of Eugene Knapp. |
| 1/26/79 | #115 | Pltf's. answering brief in oppos. to defts'. motion to compel answer to interro |
| 1/29/79 | #116 | ANSWER and COUNTERCLAIM defts. Allaband and Fox to 4th amended complaint. |
| " | #117 | " " " " " " " Shell and M.Redman " " " " " . |
| " | #118 | " " " " " " " Shell and McKinney " " " " " . |
| " | #119 | " " " " " " " Tucker, Wheeler, Williams, Donohue " " " " " . |
| " | #120 | " " " " " " " W.Redman and Pippin " " " " " . |
| 1/31/79 | #121 | Deft. Fox' answers to 1st interrog. |
| 2/2/79 | #122 | Depos. of Lt. Alexander Spencer. |
| 2/9/79 | #123 | Defts'. reply brief in further support of motion to compel. |
| 2/21/79 | #124 | Stipln. w/proposed order extending discovery date to 4/23/79. |
| 2/22/79 | | SO ORDERED Stapleton J. paper #124. (notice to counsel.) |
| 2/26/79 | #125 | Depos. of Samuel Wheeler. |
| 2/27/79 | #126 | Depos. of Thos. Donohue. |
| " | #127 | Reprtr. Lodge's steno. notes 2/27/79. |
| " | H | Hearing Stapleton J re sch. CAV. |
| " | #128 | Minute ORDER Stapleton J. setting P/T conf. 9/25/79 at 9 a.m.; non-jury trial Oct. 9, 1979 thru Oct. 26, 1979 at 10 a.m. (copies to counsel by Court) |

DC-111A REV. (1/75)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/5/79 | #104 | Stipln. w/proposed order re notice for judgment and defts'. motion to strike depos. |
| | #105 | Defts'. opening brief in support of motion to compel answer to interrog. |
| 1/8/79 | | SO ORDERED Stapleton J. paper #104. (notice to counsel.) |
| 1/9/79 | #106 | StipItd. brief sch. w/proposed order. |
| 1/11/79 | #107 | SO ORDERED Stapleton J. paper #106. (notice to counsel.) Stipln. w/proposed order setting 2/8/79 as deadline to review, sign trans. SO ORDERED Stapleton J. (notice to counsel.) |
| 1/16/79 | #108 | Depos. of Officer Michael Woomer. |
| | #109 | " Capt. Thos. Gulledge. |
| | #110 | " Donald Dixon. |
| 1/22/79 | #111 | Depos. of Dr. Krishna Srivastava. |
| | #112 | " Mark Redman. |
| 1/24/79 | #113 | Stipln. w/proposed order re review and signing transcripts of depos. |
| 1/25/79 | | SO ORDERED Stapleton J. paper #113. (notice to counsel.) |
| 1/25/79 | #114 | Depos. of Eugene Knapp. |
| 1/26/79 | #115 | Pltf's. answering brief in oppos. to defts'. motion to compel answer to interrog |
| 1/29/79 | #116 | ANSWER and COUNTERCLAIM defts. Allaband and Fox to 4th amended complaint. |
| | #117 | " " " Shell and M.Redman " |
| | | " " " Shell and McKinney" |

---

CIVIL DOCKET CONTINUATION SHEET

PLAINTIFF    DEFENDANT    DOCKET NO. ____   PAGE ___ OF ___ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/20/79 | #165 | Memo. OPINION Stapleton J. (notice and copies to counsel.) |
| | #166 | ORDER Stapleton J. that action shall proceed as class action on behalf of all persons who while incar. in DCC have been, are now, or will be given discipl. hearings; pltf's. motion for reconsideration of Court's refusal to cert. other classes denied. (notice and copies to counsel.) |
| 10/2/79 | #167 | Notice of appear. of Robert Aulgur, Jr., Esq. as counsel for defts. Spencer and McKinney. |
| 10/22/79 | | SO ORDERED Stapleton J. paper #160. (notice and copies to counsel.) |
| 10/26/79 | #168 | Defts. McKinney/Spencer's notice and motion to file out-of-time response to pltf's. suppl. rqst. for admiss. w/responses and proposed order. |
| 11/6/79 | | SO ORDERED Stapleton J. paper #168. (notice to counsel.) |
| 11/9/79 | #169 | Depos. of Walter W. Redman. |
| 11/13/79 | #170 | Deft. McKinney's answer to pltf's. suppl. rqst. for prod. 35-40. |
| | #171 | Deft. Spencer's answer to pltf's. suppl. rqst. for prod. 35-40. |
| 11/30/79 | #172 | Stipln. and ORDER Stapleton J. dismissing John J. Mulvena, III and subst. Frederic N. Van Sant. (notice to counsel) |
| 12/3/79 | #173 | Deft. Spencer's answer to pltf's supp. interrogs. 2-9. |
| 12/5/79 | #174 | Deft. McKinney's answer to suppl. interrogs. 2-8. |
| 1/21/80 | #175 | Depos. of John Mulvena. |
| | #176 | " George Reddish. |
| 2/27/80 | #177 | Deft. Reddish's opening brief in support of his motion for sum.jdgmnt. |
| 2/28/80 | #178 | Stipln. w/proposed order dismissing deft. George A. Reddish. |
| 3/5/80 | | SO ORDERED Stapleton J. paper #178, The Court having reviewed the record and having concluded that deft. Reddish is entitled to sum.jdgmnt. (notice/counsel) |
| 4/18/80 | #179 | Proposed Pre-Trial order. |
| | #180 | Notice and motion defts. Vaughn, Redman, Pippin to amend answer w/proposed amend. ANSWER. |
| 4/21/80 | P/T | Conf. Stapleton J. |
| 4/22/80 | P/T | Conf. Stapleton J. |
| 4/22/80 | #181 | ORDER Stapleton J. resch. jury trial to comm. 4/12/80 to 4/30/80; brief sch. set; D.R.Hubbard granted leave to interv. as party-pltf.; for further details, see order. (copies to Aulgur and Shachtman by Court; notice and copies to Goodrick and Polk) |
| 4/23/80 | #182 | Motion of Spencer and McKinney for default jdgmnt on counterclaim. |
| | #183 | Motion Spencer to w/draw response to rqst. for admiss. |
| 4/25/80 | | SO ORDERED Stapleton J. paper #179. (notice to counsel) |
| | #184 | ANSWER to COUNTERCLAIM Spencer and McKinney. |
| | #185 | ANSWER to COUNTERCLAIM Yankowitt. |
| | #186 | Motion D.Ruedard Hubbard for leave to interv. as party pltf. |
| | #187 | Proposed complaint interv. pltf. |
| 4/28/80 | #188 | Reprtr. Dibbs' steno. notes 4/22/80. |
| 8/20/80 | #189 | Stipln. of vol. dismissal all claims for money damages w/prej. |
| 8/21/80 | | SO ORDERED Stapleton J. paper #189. (notice to counsel) |
| 10/30/80 | #190 | Stipln. w/pro. order re disciplinary procedures to remain in effect 90 days for trial period; further proceedings stayed during 90-day period; stay dissolved 30 days following said period. Exhibits attached. |
| 11/3/80 | | SO ORDERED Stapleton J. paper #190. (notice to counsel) |
| 12/5/80 | #191 | ORDER Stapleton J. referring action to Hon. N.Richard Powers, U.S.Magis.(notice and copies to counsel; copy to Magis. by Court) |
| 4/14/81 | #192 | Stipln. w/pro. order setting brief sch., discovery cutoff motion re attys. fees. |
| 4/15/81 | #193 | Stipln. and ORDER Powers, Magis., for class notice (notice to counsel) |
| | | SO ORDERED Stapleton J. paper #192. (notice to counsel) |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 78-14 |
|---|---|---|
| NORTH E. WEST | LT. ALEX. SPENCER, et al | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/27/79 | #129 | Letter ORDER Stapleton J. denying defts'. motion to compel answer to interrog. as drafted; pltf. required instead to supply answer interrog. in order. |
| 3/16/79 | #130 | Defts'. 2nd set of interrogs. |
| 3/22/79 | #131 | Pltf's. answer to 1st substitute interrog. |
| 6/18/79 | #132 | Depos. of Officer Bert George Dorman. |
| " | #133 | " Officer Bryan D. Allaband. |
| 6/19/79 | #134 | Pltf's. suppl. interrogs. #2 - #9. |
| " | #135 | Pltf's. suppl. rqsts. for prod. #35 - #40. |
| " | #136 | Pltf's. rqst. for admission #84 - #99. |
| " | #137 | Pltf's. notice of depos. of James T. Vaughn, George Reddish, J.Mulvena,W. Redman comm. 9:30 a.m. 7/16/79. |
| 7/13/79 | #138 | ORDER Stapleton J. that defts. answer, etc. discovery by 8/3/79. (notice and copies to counsel.) |
| 7/19/79 | #139 | Stipln. w/proposed order that depos. of Walter Redman taken 1/12/78 and 6/20/78 may be used in this action in any way it might have been used had it been taken in this action. SO ORDERED Stapleton J. 7/20/79. (notice to counsel.) |
| 7/23/79 | #140 | Memo. OPINION Stapleton J. (notice and copies to counsel.) |
| " | #141 | ORDER Stapleton J. denying pltf's. motion for Order certifying three aspects of case as class action. (notice and copies to counsel.) |
| 7/25/79 | #142 | Pltf's. notice and motion to reconsider certification as class action. |
| " | #143 | Pltf's. memo. in support of motion to reconsider cert. class. |
| 7/27/79 | #144 | Affidav. of Walter W. Redman. |
| 8/3/79 | #145 | Deft. Redman's response to pltf's. rqst. for admiss. 84-99.(Walter) |
| " | #146 | Deft. Vaughn's " " " . |
| " | #147 | Deft. Mark Redman's " " " . |
| " | #148 | Deft. Wheeler's " " " . |
| " | #149 | Deft. Shell's " " " . |
| " | #150 | Deft. Tucker's response " " " . |
| " | #151 | Deft. Fox' " " " . |
| " | #152 | Deft. Donohue's " " " . |
| 8/6/79 | #153 | Pltf's. reply memo. in support of pltf's. motion to reconsider certification as class action. |
| 8/7/79 | #154 | Defts'. notice and motion for enlargement of time to file response to pltf's. suppl. rqsts. for admission to 8/7/79. |
| " | #155 | Deft. Reddish's response to pltf's. rqst. for admission 84-99. |
| 8/9/79 | #156 | ORDER Stapleton J. setting discovery cut-off 1/2/80; P/T conf. 1/23/80 at 9:45 a.m. non-jury trial Feb. 11 - 29, 1980 at 10 a.m. (notice and copies to counsel.) |
| /14/79 | #157 | Letter Walsh J. Superior Court appoint. Michael J. Goodrick, Esq., as counsel for defts. John J. Mulvena, III and George A. Reddish. |
| /15/79 | #158 | Notice of appear. of Michael J. Goodrick, Esq. as counsel for defts. Mulvena and Reddish. |
| /16/79 | | SO ORDERED Stapleton J. paper #154. (notice to Polk) |
| /20/79 | #159 | Letter Walsh J. Superior Court re appoint. Everett P.Priestley,Esq. counsel for defts. Alexander Spencer and Wm. J. McKinney. |
| /6/79 | #160 | Deft. McKinney's notice and motion to file out-of-time response to pltf's. suppl. rqst. for admiss. w/proposed order. |
| " | #161 | Deft. McKinney's response to pltf's. rqst. for admiss. 84-99. |
| /7/79 | #162 | Depos. of James T. Vaughn. |
| /13/79 | #163 | Letter Walsh J. Superior Court w/Order appoint. Robt. T. Aulgur, Jr., Esq., to represent Alexander Spencer and William J. McKinney in this action; ORDER Walsh J. relieving Everett P. Priestley, Esq. as counsel for same. |
| /20/79 | #164 | Defts'. letter to Court stating position re certification of proposed sub-classes w/copy of paper #144 affidav. of Walter W. Redman attached. Letter dated 7/27/79 |

DC-111A REV. (1/75)

DC 111A
(Rev. 1/75)

WKS/NRP

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| NORTH E. WEST | LT. ALEX SPENCER, et al | DOCKET NO. 78-14 |
| | | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/24/81 | #194 | Pltf's. motion for interim attorneys fees. |
| 4/27/81 | #195 | Objec. Alvin Klase to settlement. |
| 5/19/81 | #196 | Exclusion rqsts. from 18 inmates DCC. |
| 5/26/81 | #197 | Stipln. w/pro.order extending brief sch. SO ORDERED Powers, Magis.(notice to cns |
| 6/5/81 | #198 | Defts'. memo. in oppos. to motion for atty's fees. |
| 6/16/81 | #199 | Pltf's. reply brief in support of motion for interim attys. fees. |
| 8/31/81 | #200 | Notice by Magis. setting Evid. Hrg. 9/24/81 at 10:00am.(Not/copypltf & counsel) |
| 10/6/81 | #201 | NOTICE Powers, U.S.Magis., sch. evid. hearing 10/14/81 at 10 a.m. re pltf's. motion for interim attys' fees. (copies to counsel by Court) |
| 10/14/81 | H | Evid. hearing Powers, U.S.Magis. re motion for interim attys' fees. CAV. |
| 10/29/81 | #202 | Memo. OPINION Powers, U.S.Magis. (notice and copies to counsel) |
| """"""" | #203 | ORDER Powers, U.S.Magis., that pltf's. counsel entitled to award of $52,714.36 for services rendered in pursuit of merits of litigation. (notice and copies to counsel) |
| 11/9/81 | #204 | Defts'. objec. to Report and Recommendation Magis. |
| """"""" | #205 | Defts'. memo. in support of objec. Report and Recommendation. |
| 11/19/81 | #206 | Stipln. w/pro. order re costs and fees in total amt. $5,022.05. |
| 11/20/81 | | SO ORDERED Powers, U.S.Magis., paper #206 (notice to counsel) |
| 12/1/81 | #207 | Stipln. & pro. Order that judgments for attorneys fees shall accrue interest at the rate of nineteen (19) percent from date of judgment.Stipln. shall not prej. right of any party to obj. or appeal from said judgments. |
| """"""" | | SO ORDERED, Powers, Magis. re paper #207. (notice to counsel) |
| 12/9/81 | #208 | Stipln. w/pro. order re 90-day disciplinary procedures period; further proceeding stayed during said period. |
| 12/10/81 | | SO ORDERED Powers, U.S.Magis., paper #208. (notice to counsel) |
| 1/11/82 | #209 | ORDER Stapleton J. defts. pay pltf's. counsel $49,864.94 in atty's fees.(notice and copies to counsel) |
| """"""" | #210 | OPINION Stapleton J.(notice and copies to counsel) |
| 2/10/82 | 211 | Notice of APPEAL filed by deft.s. 4:17 p.m. (notice, copies to Clerk 3rd CCA, Shachtman, Aulgur. |
| 3/25/82 | 212 | Stipln. w/pro. order dismissing Appeal purs. Rule 42(a). |
| 3/26/82 | | SO ORDERED Stapleton J. D.I. 212. (notice to counsel; notice, copy to Clerk 3rd CCA) |
| 10/1/82 | 213 | Pro. consent order setting forth procedures for implementing disciplinary proced. to remain in effec 1 yr. from exec. by U.S.Magis.; exhibits. |
| 10/4/82 | | SO ORDERED Powers, U.S.Magis., D.I. 213. (notice to counsel) |
| 12/23/82 | 214 | Stipln. that Clerk may release and return to counsel for pltf. audio cassettes filed by pltf. |
| 12/28/82 | | SO ORDERED Stapleton J. D.I. 214. |
| """"""" | 215 | Ack. receipt D.I. 24, 28, 78 in accord. w/Order D.I. 214. |
| 3/18/83 | 216 | Pltf's. notice and petition for interim attys fees. |
| 4/27/83 | 217 | Letter notice Douglas A. Shachtman, Esq., w/draw. petition for interim attys'. fees. |
| 3/2/90 | 218 | **CLASS MEMBERS** Cecil La'Roy Hall, George L. Roginson: motion for relief from jdgmnt order of settlement; exhibits |
| 3/20/90 | 219 | **ORDER**, Farnan J., referring action to U.S. Magistrate per 28 U.S.C. 636. (copies Al-Shabazz, Sharif & Oberly) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
|  |  | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2/14/91 | -- | ALL ENTRIES BEGINNING JANUARY 1991 PLUS ALL FUTURE ENTRIES ON AUTOMATED SYSTEM. |

U.S. District Court
District of Delaware (Wilmington)
**CIVIL DOCKET FOR CASE #: 1:78-cv-00014-SLR**

North Emerson West, et al v. Spencer
Assigned to: Judge Sue L. Robinson
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/12/1978
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**North Emerson West**  represented by **Douglas A. Shachtman**
Douglas A. Shachtman & Associates
1200 Penna Ave. #302
Wilmington, DE 19806
(302) 655-1800
Email: Douglas.Shachtman@Verizon.net
*TERMINATED: 07/15/1991*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.R. Hubbard**

**Plaintiff**

**Hassan Umar Sharif**

**Plaintiff**

**Salih Muhammad Al-Shabazz**  represented by **Salih Muhammad Al-Shabazz**
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809
PRO SE

**Plaintiff**

**Hassan Umar Sharif**  represented by **Hassan Umar Sharif**
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Alexander Spencer**  represented by **Erika Yvonne Tross**
Delaware Department of Justice

                    Civil Division
                    820 North French Street
                    6th Floor
                    Wilmington, DE 19801
                    (302) 577-8400
                    Fax: (302) 577-5866
                    Email: Erika.Tross@state.de.us
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Lawrence W. Lewis**
                    Department of Justice
                    State of Delaware
                    820 N. French Street, 8th Floor
                    Carvel Office Building
                    Wilmington, DE 19801
                    (302) 577-8500
                    Email: lawrence.lewis@state.de.us
                    *TERMINATED: 02/17/2006*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Bryan Allaband**           represented by  **Erika Yvonne Tross**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Lawrence W. Lewis**
                    (See above for address)
                    *TERMINATED: 02/17/2006*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Wm. L. McKinney**          represented by  **Erika Yvonne Tross**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Lawrence W. Lewis**
                    (See above for address)
                    *TERMINATED: 02/17/2006*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert M. Shell**           represented by  **Erika Yvonne Tross**
                    (See above for address)
                    *LEAD ATTORNEY*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Lawrence W. Lewis**<br>(See above for address)<br>*TERMINATED: 02/17/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Donald C. Fox | represented by | **Erika Yvonne Tross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Lawrence W. Lewis**<br>(See above for address)<br>*TERMINATED: 02/17/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Thomas E. Adams | represented by | **Erika Yvonne Tross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Lawrence W. Lewis**<br>(See above for address)<br>*TERMINATED: 02/17/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Walter W. Redman | represented by | **Erika Yvonne Tross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **John K. Welch**<br>Department of Justice<br>State of Delaware<br>820 N. French Street, 8th Floor<br>Carvel Office Building<br>Wilmington, DE 19801<br>(302) 577-8500<br>*TERMINATED: 02/17/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lawrence W. Lewis** |

(See above for address)
*TERMINATED: 03/06/1992*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Redman** represented by **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George M. Pippin** represented by **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles R. Tucker** represented by **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samuel Wheeler** represented by **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*

                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas Donohue**         represented by  **Erika Yvonne Tross**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Lawrence W. Lewis**
                                        (See above for address)
                                        *TERMINATED: 02/17/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**James A. Williams**        represented by  **Erika Yvonne Tross**
                                          (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Lawrence W. Lewis**
                                        (See above for address)
                                        *TERMINATED: 02/17/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Frederick N. Van Sant**      represented by  **Erika Yvonne Tross**
                                          (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Lawrence W. Lewis**
                                        (See above for address)
                                        *TERMINATED: 02/17/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**James Vaughn**           represented by  **Erika Yvonne Tross**
                                          (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Lawrence W. Lewis**
                                        (See above for address)
                                        *TERMINATED: 02/17/2006*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Robert D. Brooks                      represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Norman Yankowitt                 represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Daniel Pierce                         represented by    **Erika Yvonne Tross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Lewis**
(See above for address)
*TERMINATED: 02/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

Rollin Lee Laub

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/1991 | 222 | MOTION by Hassan Umar Sharif, for Leave to conduct limited disc. Opening brief due 2/21/91 re: [222-1] motion (ssb) (Entered: 02/14/1991) |
| 02/13/1991 | 223 | MOTION by Hassan Umar Sharif, for order requiring defts' compliance to Magis. order dtd. 12/12/90 Opening brief due 2/27/91 re: [223-1] motion (ssb) (Entered: 02/14/1991) |
| 03/19/1991 | | So Ordered granting [223-1] motion for order requiring defts' compliance to Magis. order dtd. 12/12/90 ( signed by Magistrate Sue L. Robinson ) Notice to pltf. & Foster (ssb) (Entered: |

| | | |
|---|---|---|
| | | 03/21/1991) |
| 03/19/1991 | 224 | ORDER granting [222-1] motion for Leave to conduct limited disc. w/defts' required to resp. to disc. rqsts. w/i 30 days ( signed by Magistrate Sue L. Robinson ) copies to: pltf. & Foster (ssb) (Entered: 03/21/1991) |
| 04/03/1991 | 225 | REQUEST for Production of Documents by Hassan Umar Sharif (ssb) (Entered: 04/04/1991) |
| 04/12/1991 | 226 | NOTICE of attorney appearance for Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt by Lawrence W. Lewis, Esq. (ssb) (Entered: 04/16/1991) |
| 04/12/1991 | 227 | MOTION by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt for Leave to File resp. to pltfs' mot. for relief from jdmt. ; Opening brief due 4/26/91 re: [227-1] motion (ssb) (Entered: 04/16/1991) |
| 04/12/1991 | 228 | Resp. Filed by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt to pltfs' motion for relief from jdmt. (ssb) (Entered: 04/16/1991) |
| 04/19/1991 | | So Ordered granting [227-1] motion for Leave to File resp. to pltfs' mot. for relief from jdmt. ( signed by Magistrate Sue L. Robinson ) Notice to all parties. (ssb) (Entered: 04/22/1991) |
| 05/06/1991 | 229 | CERTIFICATE OF SERVICE by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt resp. to pltf's 1st rqst. for prod. docs. (ssb) (Entered: 05/07/1991) |
| 05/23/1991 | 230 | MOTION by Hassan Umar Sharif for authorization to file Discovery ; pro. order; Opening brief due 6/6/91 re: [230-1] motion (ssb) (Entered: 05/24/1991) |
| 06/14/1991 | | So Ordered granting [228-1] answer brief requesting this court to order reopening of jgmt. ( signed by Magistrate Sue L. Robinson ) Notice to all parties. (ssb) (Entered: 06/17/1991) |
| 07/03/1991 | 231 | MOTION for Douglas Shachtman, Esq. to Withdraw as Attorney for pltf. ; Opening brief due 7/17/91 re: [231-1] motion (ssb) (Entered: 07/05/1991) |
| 07/15/1991 | 232 | ORDER granting [231-1] motion for Douglas Shachtman, Esq. to Withdraw as Attorney for pltf. ( signed by Magistrate Sue L. Robinson ) copies to: pltfs' & cnsl. (ssb) (Entered: 07/18/1991) |
| 02/20/1992 | 233 | CASE reassigned to Judge Sue L. Robinson from Judge Joseph J. Farnan, Jr. (copies to pltfs', JJF & SLR) (ssb) (Entered: 02/21/1992) |
| 03/06/1992 | 234 | NOTICE of substitution of attorney appearance for Walter W. Redman by John K. Welch in lieu of Lawrence Lewis, Esq. (lf) (Entered: 03/09/1992) |

| | | |
|---|---|---|
| 06/17/1992 | 235 | ORDER, vacating magistrate ( signed by Judge Sue L. Robinson ) copies to: cnsl (lf) (Entered: 06/17/1992) |
| 06/17/1992 | | CASE NO LONGER REFERRED TO Judge Unspecified (lf) (Entered: 06/17/1992) |
| 09/21/1992 | 236 | ORDER denying [230-1] motion for authorization to file Discovery; further ordered that clerk shall order from archives the file Wilgus v. Peterson Misc. 4263 and upon receipt shall forward to pltfs a copy of docket sheet for purposes of identifying relevant documents for pltfs' review ( signed by Judge Sue L. Robinson ) copies to: pltf, cnsl] (lf) (Entered: 09/22/1992) |
| 10/21/1992 | 237 | Pltf's enforcement of Court Order (lf) (Entered: 10/29/1992) |
| 11/19/1992 | 238 | First set of admissions by PLtf George X. Robinson (lf) (Entered: 11/20/1992) |
| 11/19/1992 | 239 | Second Document request directed to all defts' by pltf George X. Robinson (lf) (Entered: 11/20/1992) |
| 11/19/1992 | 240 | MOTION by pltf George X. Robinson for order deciding pltfs' motion for relief from judgment or order pursuant to Federal Civil RUle 60 (b) re: [240-1] motion (lf) (Entered: 11/20/1992) |
| 11/19/1992 | 241 | NOTICE of change of address of pltf George X. Robinson; New address D.C.C. (lf) (Entered: 11/20/1992) |
| 11/25/1992 | 242 | Answer Brief Filed by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt [240-1] motion for order deciding pltfs' motion for relief from judgment or order pursuant to Federal Civil RUle 60 (b) Reply Brief due 12/2/92 (lf) (Entered: 11/30/1992) |
| 12/07/1992 | 243 | MOTION by D.R. Hubbard, North Emerson West, Hassan Umar Sharif, Salih Muhammad Al-Shabazz, Hassan Umar Sharif to Strike [243-1] motion (lf) (Entered: 12/08/1992) |
| 12/17/1992 | 244 | NOTICE of filing of discovery response by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt (lf) (Entered: 12/21/1992) |
| 12/17/1992 | 245 | NOTICE of filing of discovery response; re: response to pltfs' 2nd rqst for production of documents by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt (lf) (Entered: 12/21/1992) |
| 12/17/1992 | 246 | Answer Brief Filed by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt [243-1] motion to Strike [243-1] motion Reply Brief due 12/24/92 (lf) (Entered: 12/21/1992) |

| | | |
|---|---|---|
| 01/06/1993 | 247 | Letter dated 11/12/92 from Marian Harris to Warden Snyder; Re: response to letter from inmate George X. Robinson (lf) (Entered: 01/06/1993) |
| 01/06/1993 | 248 | INTERROGATORIES propounded by D.R. Hubbard, North Emerson West, Hassan Umar Sharif, Salih Muhammad Al-Shabazz, Hassan Umar Sharif to Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt (lf) (Entered: 01/07/1993) |
| 01/11/1993 | 249 | REQUEST for Admissions by D.R. Hubbard, North Emerson West, Hassan Umar Sharif, Salih Muhammad Al-Shabazz, Hassan Umar Sharif (lf) (Entered: 01/12/1993) |
| 02/05/1993 | 250 | NOTICE OF FILING OF DISCOVERY RESPONSE by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, George M. Pippin, Mark Redman, Walter W. Redman, Robert M. Shell, Alexander Spencer, Charles R. Tucker, Frederick N. Van Sant, James Vaughn, Samuel Wheeler, James A. Williams, Norman Yankowitt to Discovery Re: [249-1] admission requested (lf) (Entered: 02/08/1993) |
| 02/05/1993 | 251 | RESPONSE by Thomas E. Adams, Bryan Allaband, Robert D. Brooks, Thomas Donohue, Donald C. Fox, Wm. L. McKinney, Daniel Pierce, Norman Yankowitt to Discovery Re: [248-1] interrogatory(s) requested (lf) (Entered: 02/08/1993) |
| 06/30/1993 | 252 | ORDER denying [243-1] motion to Strike [243-1] motion, denying [240-1] motion for order deciding pltfs' motion for relief from judgment or order pursuant to Federal Civil RUle 60 (b); denying defendants' motion for relief from judgment 228 ; denying defendants' motion for stay 242 - ( signed by Judge Sue L. Robinson ) copies to: pltfs and cnsl. (pr) (Entered: 06/30/1993) |
| 06/30/1993 | | Case closed (pr) (Entered: 07/01/1993) |
| 02/14/2006 | 253 | MOTION Relief from Consent Decree *by Order of 10/4/82* - filed by Walter W. Redman, Mark Redman, George M. Pippin, Charles R. Tucker, Samuel Wheeler, Thomas Donohue, James A. Williams, Frederick N. Van Sant, James Vaughn, Robert D. Brooks, Norman Yankowitt, Daniel Pierce, Alexander Spencer, Bryan Allaband, Wm. L. McKinney, Robert M. Shell, Donald C. Fox, Thomas E. Adams. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Tross, Erika) (Entered: 02/14/2006) |
| 02/17/2006 | 254 | NOTICE OF SUBSTITUTION OF COUNSEL re Mark Redman, George M. Pippin, Charles R. Tucker, Samuel Wheeler, Thomas Donohue, James A. Williams, Frederick N. Van Sant, James Vaughn, Robert D. Brooks, Norman Yankowitt, Daniel Pierce, Alexander Spencer, Bryan Allaband, Wm. L. McKinney, Robert M. Shell, Donald C. Fox, Thomas E. Adams: Entry of appearance of attorney Erika Yvonne Tross. Attorney Lawrence W. Lewis terminated. (Tross, Erika) (Entered: 02/17/2006) |
| 02/17/2006 | 255 | NOTICE OF SUBSTITUTION OF COUNSEL re Walter W. Redman: Entry of appearance of attorney Erika Yvonne Tross. Attorney John K. Welch terminated. (Tross, Erika) (Entered: 02/17/2006) |
| 03/13/2006 | 256 | Letter to The Honorable Sue L. Robinson from Erika Y. Tross, Deputy Attorney General regarding An automatic stay - re 253 MOTION Relief from Consent Decree *by Order of 10/4/82*. (Tross, Erika) (Entered: 03/13/2006) |

| | | |
|---|---|---|
| 03/16/2006 | 257 | ORDER granting 253 Motion Consent Decree ordered on 10/4/1982 is hereby terminated . Signed by Judge Sue L. Robinson on 3/16/06. (rld, ) (Entered: 03/16/2006) |
| 03/16/2006 | | CASE CLOSED (rld, ) (Entered: 03/16/2006) |
| 03/24/2006 | 258 | Return of Undeliverable Mail sent to Salih Muhammad Al-Shabazz; return to sender, inmate unknown (fmt, ) (Entered: 03/27/2006) |
| 03/27/2006 | 259 | Return of Undeliverable Mail sent to Hassan Umar Sharif; return to sender; need SBI number or (AKA) name (fmt, ) (Entered: 03/27/2006) |
| 03/19/2008 | 260 | MOTION Relief from the District Court's Order dated March 16, 2006 terminating Consent Decree pursuant to Fed. R. Civ. P. 60 [b] 4 - filed by Rollin Lee Laub. (nfn) (Entered: 03/20/2008) |
| 04/10/2008 | 261 | Letter to Clerk from Salih Hall dated 04/07/2008 regarding Request for Clarification of Order (DI# 257) and request for copy work (DI# 253). (lid) (Entered: 04/11/2008) |
| 04/21/2008 | 262 | Letter to Salih Hall from Clerk of Court regarding Request for copywork in CA 78-14 - re 261 Letter. (lid) (Entered: 04/21/2008) |
| 04/25/2008 | 263 | Letter to Clerk from Salih Hall regarding request for copy work in CA 78-14 (DI# 253). (Clerk re-mailed a copy of D.I. 262 indicating total cost of copy work requested.) (lid) (Entered: 04/28/2008) |
| 05/29/2008 | 264 | ORDER setting briefing schedule re 260 MOTION Relief from the District Court's Order dated March 16, 2006 terminating Consent Decree pursuant to Fed. R. Civ. P. 60 [b] 4 : (Answering Brief due 6/6/2008., Reply Brief due 6/20/2008.). Signed by Judge Sue L. Robinson on 5/28/2008. (nmf) (Entered: 05/29/2008) |
| 05/30/2008 | | Remark - Copy of D.I. 264 mailed to Rollin Lee Laub at the address listed in his motion (D.I. 260). (nmf) (Entered: 05/30/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/06/2008 11:13:07 | | |
| PACER Login: | dj0024 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:78-cv-00014-SLR Start date: 1/1/1970 End date: 6/6/2008 |
| Billable Pages: | 6 | Cost: | 0.48 |