# EXHIBIT B

# Delaware Legal Directory
## 2006

Department of Justice

DELAWARE STATE
BAR ASSOCIATION
Copyright 2006
Delaware State Bar Association
Cover photo by
Richard Herrmann, Esq.

**GVA Smith Mack**
Worldwide Real Estate Solutions

Philadelphia ■ Philadelphia Suburbs ■ Southern New Jersey ■ Delaware
www.GVASmithMack.com

I.D. No. 396
Admitted: 11/26/1974
**Semple, James W.**
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Phone: 888-6870
FAX: 571-1750
E-mail: jsemple@morrisjames.com

I.D. No. 3541
Admitted: 12/12/1996
**Sensor, Michael L.**
Perry & Sensor
First Federal Plaza, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Phone: 655-4482
FAX: 655-4043
E-mail: msensor@perry-sensor.com

I.D. No. 2469
Admitted: 12/17/1986
**Serafin, Catherine J.**
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: 202-383-7027
FAX: 202-383-6610
E-mail: serafinc@howrey.com

I.D. No. 4459
Admitted: 12/15/2003
**Seraydarian, John David**
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 651-7798
FAX: 498-7798
E-mail: seraydarian@rlf.com

I.D. No. 1038
Admitted: 12/10/1979
**Sergovic, Christine E.**
Department of Justice
114 East Market Street, Suite 201
Georgetown, DE 19947
Phone: 856-5353
FAX: 856-5369

I.D. No. 623
Admitted: 1/11/1973
**Sergovic, John A., Jr.**
Sergovic & Ellis, P.A.
9 North Front Street
P.O. Box 875
Georgetown, DE 19947-0875
Phone: 855-9500
FAX: 855-9509
E-mail: jsergovic@seslaw.net

I.D. No. 3031
Admitted: 12/12/1991
**Seubert, Suzanne I.**
Suzanne I. Seubert, P.A.
1328 King Street
Wilmington, DE 19801-3234
Phone: 661-0400
FAX: 428-3193
E-mail: s.seubert@worldnet.att.net

I.D. No. 756
Admitted: 11/22/1977
**Shachtman, Douglas A.**
Douglas A. Shachtman & Associates
1200 Pennsylvania Avenue, #302
Wilmington, DE 19806
Phone: 655-1800
FAX: 655-5244
E-mail: douglas.shachtman@verizon.net

I.D. No. 3433
Admitted: 12/14/1995
**Shaffer, Brent Clinton**
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 571-6663
FAX: 576-3331
E-mail: bshaffer@ycst.com

I.D. No. 799
Admitted: 1/1/1954
**Shaffer, Harold**
1818 Foulk Road
Wilmington, DE 19810
Phone: 475-8480
FAX: 475-8485
E-mail: pseraphin@jessup-assoc.com

I.D. No. 394
Admitted: 11/24/1975
**Shafran, Milton Philip**
Poltorack Shafran Falzone & Shein LLC
700 SE Third Avenue
Fort Lauderdale, FL 33316
Phone: 954-764-1440
FAX: 954-764-1446
E-mail: martyshafran@aol.com

I.D. No. 4148
Admitted: 12/13/2001
**Shah, Saagar B.**
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Phone: 577-8889
E-mail: saagar.shah@state.de.us

I.D. No. 99
Admitted: 12/24/1978
**Shalk, Colin M.**
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Phone: 594-4500
FAX: 594-4509
E-mail: cshalk@casarino.com

I.D. No. 4306
Admitted: 12/17/2002
**Shallcross, Joanne A.**
Eckell Sparks Levy Auerbach Monte Rainer & Sloane, PC
344 West Front Street
P.O. Box 319
Media, PA 19063
Phone: 610-565-3700 ext. 271
FAX: 610-565-1596
E-mail: jshallcross@eckellsparks.com

I.D. No. 3796
Admitted: 3/15/1999
**Shandler, Chad M.**
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 651-7836
FAX: 651-7701
E-mail: shandler@rlf.com

I.D. No. 4650
Admitted: 3/2/2005
**Shaner, Ethan Appleton**
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 651-7684
FAX: 651-7701
E-mail: shaner@rlf.com

I.D. No. 318
Admitted: 12/24/1971
**Shanley, Peter J.**
Shanley & Associates, P.A.
800 Delaware Avenue, Suite 700
P.O. Box 2283
Wilmington, DE 19899-2283
Phone: 691-6838
FAX: 691-6833
E-mail: pshanley@shanlaw.com

I.D. No. 3136
Admitted: 12/17/1992
**Shannon, Brendan Linehan**
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 571-6696
FAX: 576-3332
E-mail: bshannon@ycst.com

I.D. No. 3434
Admitted: 12/14/1995
**Shannon, Joseph Scott**
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
Phone: 552-4329
FAX: 651-7905
E-mail: sshannon@mdwcg.com

I.D. No. 3137
Admitted: 12/17/1992
**Shannon, Kevin R.**
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Phone: 984-6112
FAX: 658-1192
E-mail: kshannon@potteranderson.com

142