# EXHIBIT C

$4.20 U.S. POSTAGE
METER 7117107
WILMINGTON DE
FEB 1406

RETURN TO SENDER
REASON CHECKED
Unclaimed _____ Refused _____
Forwarding Order Expired _____
Addressee unknown _____
Insufficient Address _____
No Such Street _____ Number _____
Unable Forward

OFFICE OF
ATTORNEY GENERAL
FEB 2 2 2006
RECEIVED
CORRECTION UNIT

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801
15-01-01
OFFICIAL BUSINESS
Penalty For Private Use $300.00



STATE OF DELAWARE
DEPARTMENT OF JUSTICE
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801
15-01-01
OFFICIAL BUSINESS
Penalty For Private Use $300.00

U.S. POSTAGE
$ .42
PB METER
7117157
WILMINGTON
FEB 14 06

COMPLETED
FEB 15 2006

RTS
RETURN TO SENDER

☐ OTHER
A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD

FEB 21 2006

RETURN TO SENDER
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED
INMATE UNKNOWN
INMATE RELEASED
CORRESPONDENCE REFUSED



RECEIVED
FEB 27 2006
CIVIL DIVISION

NEED'S #21X

RETURN TO SENDER

☐ MOVED, LEFT NO ADDRESS
☐ FORWARDING ORDER EXPIRE
☐ UNCLAIMED
☐ ATTEMPTED, NOT KNOWN
☐ NO SUCH NUMBER
☐ VACANT / REFUSED
☐ INSUFFICIENT ADDRESS
☐ NO SUCH STREET NUMBER
☐ NO MAIL RECEPTACLE

Hassan U____ Sheriff
Delaware Correctional Center
1181 Paddock Road

PB METER
7048937
U.S. POSTAGE

STATE OF DELAWARE

STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801
15-01-01

OFFICIAL BUSINESS
Penalty For Private Use $300.00

Director Unit

STATE OF DELAWARE
**DEPARTMENT OF JUSTICE**
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801
15-01-01

OFFICIAL BUSINESS
Penalty For Private Use $300.00

COMPLETED
FEB 20 2006

RETURN TO SENDER
---- NO INMATE BY THIS SPELLING
---- ENCLOSURE UNAUTHORIZED

RECEIVED
FEB 27 2006
CIVIL DIVISION

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

COMPLETED
FEB 20 2006

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD
☐ OTHER