# EXHIBIT D

# DOUGLAS A. SHACHTMAN
## & ASSOCIATES
**ATTORNEYS AT LAW**

email Douglas.Shachtman@Verizon.net
www.lawyers.com/shachtman

SUITE 302
1200 PENNSYLVANIA AVENUE
WILMINGTON, DELAWARE 19806
(302) 655-1800
TELECOPIER (302) 655-5244

August 16, 2007

Mr. Rollin Laub
SBI # 00068773
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Your letter of August 13, 2007

Dear Mr. Laub:

I am in receipt of your letter dated August 13, 2007. Due to the passage of time, I no longer have any documents on the West v. Redman case that you referenced, and I do not recall the Dickerson case. I am sorry I am not able to help you.

Sincerely yours,

DOUGLAS A. SHACHTMAN

DAS/sas