

## Other Orders/Judgments

1:78-cv-00014-SLR North Emerson West, et al v. Spencer

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 5/29/2008 at 10:43 AM EDT and filed on 5/29/2008
**Case Name:**       North Emerson West, et al v. Spencer
**Case Number:**     1:78-cv-14
**Filer:**
**Document Number:** 264

**Docket Text:**
**ORDER setting briefing schedule re[260] MOTION Relief from the District Court's Order dated March 16, 2006 terminating Consent Decree pursuant to Fed. R. Civ. P. 60 [b] [4] : (Answering Brief due 6/6/2008., Reply Brief due 6/20/2008.). Signed by Judge Sue L. Robinson on 5/28/2008. (nmf)**

**1:78-cv-14 Notice has been electronically mailed to:**

Erika Yvonne Tross   Erika.Tross@state.de.us

**1:78-cv-14 Notice has been delivered by other means to:**

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/29/2008] [FileNumber=574240-0]
[5b93a319538cee72760756caf27950ae4627de69093109b9057dd4c8660d78ff46fb
9eea3452d270b9a52fda38dd1f370ac0cd4b7f233b0f803e1e474e83f1b5]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTH EMERSON-WEST, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 78-14-SLR |
| WALTER REDMAN, et al., | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 26th day of May, 2008, having considered the motion for relief from judgment filed by Rollin Lee Laub;

IT IS ORDERED that defendants shall file a response to the motion (D.I. 260) on or before **June 6, 2008**. Mr. Laub may file a reply on or before **June 20, 2008**.

_____
United States District Judge