78CV14 SLR
FILED
2008 JUN 11 PM 2:25
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
OFFICIAL BUSINESS

CM/ECF LIVE - U.S. District Court:ded Page 1 of 1

## Other Orders/Judgments

1:78-cv-00014-SLR North Emerson West, et al v. Spencer

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 5/29/2008 at 10:43 AM EDT and filed on 5/29/2008

**Case Name:** North Emerson West, et al v. Spencer
**Case Number:** 1:78-cv-14
**Filer:**
**Document Number:** 264

**Docket Text:**
**ORDER setting briefing schedule re[260] MOTION Relief from the District Court's Order dated March 16, 2006 terminating Consent Decree pursuant to Fed. R. Civ. P. 60 [b] [4] : (Answering Brief due 6/6/2008., Reply Brief due 6/20/2008.). Signed by Judge Sue L. Robinson on 5/28/2008. (nmf)**

**1:78-cv-14 Notice has been electronically mailed to:**

Erika Yvonne Tross Erika.Tross@state.de.us

**1:78-cv-14 Notice has been delivered by other means to:**

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

✓ Hassan Umar Sharif
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/29/2008] [FileNumber=574240-0]
[5b93a319538cee72760756caf27950ae4627de69093109b9057dd4c8660d78ff46fb
9eea3452d270b9a52fda38dd1f370ac0cd4b7f233b0f803e1e474e83f1b5]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH EMERSON-WEST, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 78-14-SLR |
| | ) | |
| WALTER REDMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 28th day of May, 2008, having considered the motion for relief from judgment filed by Rollin Lee Laub;

IT IS ORDERED that defendants shall file a response to the motion (D.I. 260) on or before **June 6, 2008.** Mr. Laub may file a reply on or before **June 20, 2008**.

[signature]

United States District Judge