OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

DATE: 6/10/08

TO: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

FROM: Clerk, U.S. District Court

CA 78-14 SCR

RE: Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

**NAME OF INMATE:**

**SBI #:**

Last Known DE Institution:

Salih Muhammad Al-Shabazz
Howard R. Young Correctional Facility
P.O. Box 9561
Wilmington, DE 19809

PETER T. DALLEO, Clerk

(302) 573-6170   BY: Bob Cruikshank
Deputy Clerk, U.S. District Court

----

TO: Clerk, U.S. District Court

FROM: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

☐ Inmate is located at: (Institution) _____

or

☑ No longer incarcerated. Last known mailing address is:

19 Blyth CT
New Castle De
19720

BY: Cheryl Arsenault
Department of Corrections
Offender Records

2008 JUN 16 AM 8:46
FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE