# DOUGLAS A. SHACHTMAN
## & ASSOCIATES
ATTORNEYS AT LAW

email Douglas.Shachtman@Verizon.net
www.lawyers.com/shachtman

SUITE 302
1200 PENNSYLVANIA AVENUE
WILMINGTON, DELAWARE 19806
(302) 655-1800
TELECOPIER (302) 655-5244

June 11, 2008

The Honorable Sue L. Robinson
Chief Judge
United States District Court
844 North King Street, Rm 4209
Wilmington, DE 19801

                RE:    West v. Redman
                            C.A. No.: 78-14

Dear Judge Robinson:

     I am being sent documents in the above-captioned action electronically and by paper copy. I see that Defendants refer to making service upon me in 2006. I do not recall actively participating in this matter for twenty-five years. Moreover, I see that Docket Item 232 states that Your Honor granted my Motion to Withdraw on July 15, 1991.

     Therefore, I request that I be removed from the service list.

                                    Respectfully yours,

                                    DOUGLAS A. SHACHTMAN

DAS/cmo
cc: Erica Y. Tross, Esq.
    Mr. Rollin Lee Laub

Robinsonltr.wpd