OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

DATE: 6/11/08

TO: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

FROM: Clerk, U.S. District Court

RE: Request for Inmate's Forwarding Address

Mail has been returned to the U.S. District Court for the following inmate who has one or more civil suits pending. It appears that the inmate may have been released and is no longer incarcerated at a Delaware institution. We are providing the inmate's name, SBI number, and last known DE prison address. If still incarcerated, please provide the name of the inmate's current institution. If released, please provide the former inmate's last known/forwarding mailing address. Thank you.

NAME OF INMATE: Hassan Umar Sharif           78 cv 14 SLR

SBI #: unknown

Last Known DE Institution: DE Correctional Center

PETER T. DALLEO, Clerk

(302) 573-6170   BY: D Smith
                     Deputy Clerk, U.S. District Court

------------------------------------------------

TO: Clerk, U.S. District Court

FROM: Delaware Department of Corrections
ATTN: Offender Records/Cheryl A.

☐ Inmate is located at: (Institution) _____

or

☑ No longer incarcerated. Last known mailing address is:

301 Bayard ST
P.O. BX 46
Delaware City De
19706

BY: Cheryl Arsenault
    Department of Corrections
    Offender Records