IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTH EMERSON-WEST, et al., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 78-14-SLR |
| | ) | |
| WALTER REDMAN, et al., | ) | |
| Defendants | ) | |

MOTION FOR SUMMARY JUDGMENT BY
PLAINTIFF CLASS MEMBER
ROLLIN LEE LAUB

Plaintiff pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to enter summary judgment for the plaintiff on the ground that there is no genuine issue as to any material fact, and the plaintiff is entitled to judgment as a matter of law.

In support of this motion, plaintiff class member Rollin Lee Laub relies upon the attached Brief in Support of his Motion for Summary Judgment and Statement of Material Facts and Affidavit as to Which There is no Genuine Issue.

Date: 7-7-08

Respectfully submitted

_Rollin Lee Laub_
Rollin Lee Laub in pro per
SBI # 00068773
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

FILED
JUL 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, *Rollin Lee Laub*, hereby certify that I have served a true And correct cop(ies) of the attached: *Motion For Summary Judgment, Brief And Affidavit in Support There of Rollin Lee Laub* upon the following parties/person (s):

TO: *Clerk of U.S. District Court of Delaware*
*J. Caleb Boggs Building*
*844 King St.*
*Lock Box 18*
*Wilmington, Delaware 19801*

TO: *Erika Y. Tross (4506)*
*Deputy Attorney General*
*820 N. Frewell St. 6TH Floor*
*Wilmington, DE. 19801*

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __7__ day of __July__, 2008

*Rollin Lee Laub*





Rolfen Lee Teals
SBI 000 68773
D.C.C.
1181 paddock Rd
Smyrna, DE, 19977

Clerk of U.S. District Court of Delaware
J. Caleb Boggs Building
844 King Street
Wilmington, Delaware 19801