IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTH EMERSON-WEST, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 78-014-SLR |
| | ) |
| WALTER REDMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 28th day of August 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for relief from the March 16, 2006 order terminating the October 4, 1982 Consent Order is **denied**. (D.I. 260)

2. Plaintiff's motion for a preliminary injunction is **denied** as **moot**. (D.I. 260)

3. Plaintiff's motion for summary judgment is **denied** as **moot**. (D.I. 272)

4. The clerk of the court is directed to close this case.

                                          /s/ Sue L. Robinson
                                         UNITED STATES DISTRICT JUDGE